IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LA JADE EVANS,**

    **Plaintiff,**

v.                                             Case No. 1:22-cv-36-AW-GRJ

**AMANDA CRUCE, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's April 14 Report and Recommendation. ECF No. 9. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 9) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order."

3. The clerk will then close the file.

SO ORDERED on May 22, 2022.

                                                 s/ *Allen Winsor*
                                                 United States District Judge